**SO ORDERED.**

**SIGNED this 3 day of November, 2020.**



_____
John T. Laney, III
**United States Bankruptcy Judge**

United States Bankruptcy Court
Middle District of Georgia
Valdosta Division

| | |
|---|---|
| In Re:  Eddie D. Coleman<br>Johnnie Mae Coleman<br>112 Orchard Lane<br>Thomasville, GA 31792<br><br>XXX-XX-2158<br>XXX-XX-8070 | Chapter 13<br><br>Case No: 20-70151-JTL |

Order for Claim No. 21

The objection of the Chapter 13 Trustee to claim # 21 filed by Wells Fargo Bank, N. A., Po Box 14487, Des Moines, IA 50309, having been served upon the claimant and other parties of interest, and no response to said objection having been filed/or any filed response has been resolved or withdrawn, it is hereby

ORDERED that claim # 21 filed by Wells Fargo Bank, N. A., is hereby designated as unsecured for the purpose of distribution.

END OF DOCUMENT

/s/ Kristin Hurst
_____
Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com